UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LORI A. STANCOMBE, | ) | 1:14CV2274 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | MAG. JUDGE KENNETH S. McHARGH |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) | |
| | ) | |
| Defendant | ) ) | JUDGMENT ENTRY |

McHARGH, MAG. JUDGE

Pursuant to the Court's Memorandum and Order filed March 2, 2016, the Court AFFIRMS the decision of the Commissioner.

IT IS SO ORDERED.

Dated:  March 2, 2016                 /s/ Kenneth S. McHargh
                                      Kenneth S. McHargh
                                      United States Magistrate Judge